MARION M. MASON v. TOWNSHIP OF BRIDGEWATER.

November 22, 1982.

Petition for certification denied.

MARIO FLORIANI v. STATE OF NEW JERSEY, CIVIL
SERVICE COMMISSION.

November 22, 1982.

Petition for certification denied.

GEORGE E. GRAYSON, JR.

v.

THE CITY OF EAST ORANGE.

November 22, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER MARTIN.

November 22, 1982.

Petition for certification denied.